IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ERIN F GOTWALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 20-cv-03455 |
| | ) | |
| MIDLAND CREDIT MANAGEMENT, INC., | ) | Hon. Martha M. Pacold |
| MIDLAND FUNDING, LLC, and ENCORE | ) | |
| CAPITAL GROUP, INC., | ) | Magistrate Judge M. David Weisman |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE STIPULATION OF DISMISSAL**

NOW COME Plaintiff and Defendants, by and through their respective undersigned attorneys, and jointly move the Court for an extension of time to file a stipulation of dismissal with prejudice. In support of this motion, the parties respectfully state as follows:

1. The parties are finalizing execution of the settlement agreement. Once the settlement agreement is executed, Defendant will issue payment and the case should be dismissed with prejudice.

2. The parties request an additional 30 days to file a stipulation of dismissal with the Court.

3. If the parties experience any other issues with documenting and finalizing the settlement, the parties will promptly notify the Court.

[signatures on following page]

<table>
<tr><td>

*s/ Daniel Brown*
Celetha Chatman
Michael Wood
*Community Lawyers, LLC.*
20 N. Clark Street, Suite 3100
Chicago, IL 60602
Ph: (312) 757-1880
Fx: (312) 476-1362
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

Daniel Brown
Main Street Attorney, LLC
PO Box 247
Chicago, IL 60690
Ph: (773) 453-7410
Fx: (773) 453-6420
daniel@mainstreetattorney.com

*Attorneys for Plaintiff*

</td><td>

Respectfully submitted,

*/s/ Lindsey A.L. Conley*
David Schultz
Lindsey Conley
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Ph: 312-704-300
dschultz@hinshawlaw.com
lconley@hinshawlaw.com

*Attorneys for Defendants*

</td></tr>
</table>

2

## CERTIFICATE OF SERVICE

    I, Daniel Brown, an attorney, hereby certify that on February 10, 2021, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                                                          By:   */s/ Daniel Brown*
                                                                               Daniel Brown